1018

[No. 56437-4-I. Division One. October 16, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. KARL BRUCE ZEBE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-05176-2, Palmer Robinson, J., entered June 16, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56999-6-I. Division One. October 16, 2006.]

MID MOUNTAIN CONTRACTORS, INC., *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-33588-4, Nicole MacInnes, J., entered September 1, 2005. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick, C.J., and Schindler, J. Now published at 136 Wn. App. 1.

[No. 57200-8-I. Division One. October 16, 2006.]

SPOKANE & EASTERN LAWYER ET AL., *Appellants*, v. THE BOARD OF TRUSTEES OF THE SPOKANE COUNTY LAW LIBRARY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-07100-0, Allen Nielson, J., entered August 27, 2004. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick, C.J., and Becker, J.

[No. 57628-3-I. Division One. October 16, 2006.]

THE STATE OF WASHINGTON, *Appellant*, v. LEONARD LEE CARTER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-06672-3, Nicole MacInnes, J., entered December 23, 2005. *Reversed* and *remanded* by unpublished per curiam opinion.